UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

K.F., et al.,

                **Plaintiffs,**

      -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

                **Defendant.**

-----------------------------------------------------------------X

20-CV-09124 (JPC) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court strongly encourages the parties to resolve this dispute by settlement. To that end, the parties are directed to contact Courtroom Deputy Rachel Slusher with three mutually convenient dates, at rachel_slusher@nysd.uscourts.gov, in order to schedule a settlement conference. If the parties are unable to resolve this action by agreement, the Court will schedule briefing on Plaintiff's fee application.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              April 5, 2021