UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

K.F., et al.,

                      **Plaintiffs,**              20-CV-09124 (JPC) (SN)

       -against-                              **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have informed the Court that they have reached a settlement agreement in principal. Accordingly, the settlement conference scheduled for May 21, 2021, at 10:00 a.m. is ADJOURNED. Within 30 days of this Order, the parties shall file a proposed stipulation of dismissal executed by both parties, addressed to the Honorable John P. Cronan.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    New York, New York
               May 20, 2021